143 So. 925

### Carrie REMSEN v. Agnes REMSEN.

#### 7 Div. 151.

Supreme Court of Alabama.

Oct. 4, 1932.

PER CURIAM.

Appeal dismissed by appellant.

141 So. 918

### Alex ROBERSON, alias Robinson, alias Roberts, v. STATE.

#### 1 Div. 699.

Supreme Court of Alabama.

May 12, 1932.

Granade & Granade, of Chatom, for appellant.

Thos. E. Knight, Jr., Atty. Gen., and Thos. Seay Lawson, Asst. Atty. Gen., for the State.

GARDNER, J.

The appeal is from a judgment of conviction of murder in the second degree with punishment fixed at twenty-five years' imprisonment.

Defendant was charged with the murder of his wife, and the defense was that the killing was accidental. No question was reserved as to any matter of record proper, which we find to be in order. There is a bill of exceptions in which some few questions as to rulings on evidence were reserved. While no brief appears for appellant, yet, mindful of our duty in cases of this character, these questions have been carefully examined by the court in consultation, and the conclusion reached they clearly present no reversible error, and are of such a character as to call for no separate treatment here.

Let the judgment be affirmed.

Affirmed.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

141 So. 918

### Henry ROBINSON v. STATE.

#### 1 Div. 681.

Supreme Court of Alabama.

April 14, 1932.

ANDERSON, C. J.

There is no bill of exceptions, and, no error appearing upon the record proper, the judgment of the circuit court is affirmed.

THOMAS, BROWN, and KNIGHT, JJ., concur.

142 So. 918

### Ex parte Sallie Kate SAMFORD.

#### 3 Div. 19.

Supreme Court of Alabama.

May 19, 1932.

Brassell & Brassell, of Montgomery, for petitioner.

PER CURIAM.

Rule nisi denied.

141 So. 918

### Jas. D. SCRUGGS v. D. W. CRANE.

#### 7 Div. 108.

Supreme Court of Alabama.

April 21, 1932.

PER CURIAM.

Appeal dismissed by appellant.

143 So. 925

### S. HAMILTON CO. v. J. M. PATRICK.

#### 6 Div. 127.

Supreme Court of Alabama.

Oct. 6, 1932.

R. A. Cooner, of Jasper, for appellant.

Arthur Fite, of Jasper, for appellee.

BROWN, J.

Affirmed.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.